164 So.2d 353

**CENTRAL MARINE SERVICE, INC., and Canal Barge Co., Inc.**

v.

**COLLECTOR OF REVENUE of the State of Louisiana.**

No. 47265.

May 27, 1964.

In re: Central Marine Service, Inc., and Canal Barge Co., Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 162 So.2d 81.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

164 So.2d 354

**LINCOLN PARISH SCHOOL BOARD**

v.

**RUSTON COLLEGE et al.**

No. 47276.

May 27, 1964.

In re: Mary Frances Russ Duvall et al. (Russ heirs) applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 162 So.2d 419.

The application is denied. The judgment is correct.